UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cr-00119-JRS-MG |
| | ) | No. 1:25-cr-00211-JRS-MG |
| ALEKSEI OLEGOVICH VOLKOV, | ) | |
| | ) | |
| Defendant. | ) | |

### Entry Designating Highly-Sensitive Documents

The Court has identified ECF No. 46 in Cause No. 1:23-cr-119 and ECF No. 25 in Cause No.

1:25-cr-00211 as Highly Sensitive Documents under General Order 2024-13.  Therefore, the Clerk

is directed to **remove** these documents from the Court's electronic filing system.  These documents

will be maintained in a secure paper filing system until further order of the Court and be accessible

only to the Court, the parties, and counsel.

**SO ORDERED.**

Date:    3/17/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Arkady Bukh
Bukh Law Firm PLLC
honorable@usa.com

Vadim Glozman
Law Offices of Vadim A. Glozman
vg@glozmanlaw.com

Matthew A Lamberti
DOJ-Crm
matthew.lamberti@usdoj.gov

Matthew Bryce Miller
UNITED STATES ATTORNEY'S OFFICE (Evansville)
matthew.miller4@usdoj.gov

MaryAnn Totino Mindrum
DOJ-USAO
maryann.mindrum@usdoj.gov

Jolee Porter
Wilkinson Stekloff LLP
jporter@wilkinsonstekloff.com